D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. No. 8:25-ap-01022-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | NOTICE OF VOLUNTARY DISMISSAL OF DOCKET NOS. 19-21: |
| Plaintiff, | (1) NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ANNA RODEN AND REQUEST TO DISMISS DOE DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF RICHARD A. MARSHACK AND TONY DIAB IN SUPPORT THEREOF; |
| v. | |
| ANNA RODEN, an individual; and DOES 1 through 20, inclusive, | |
| Defendant(s). | (2) DECLARATION OF TONY DIAB; AND |
| | (3) NOTICE OF UNPUBLISHED AUTHORITIES |
| | [MOTION, DECLARATION, AND NOTICE – DOCKET NOS. 19-21] |
| | [NO HEARING REQUIRED UNDER LBR 9013-1(o)] |

/ / /

/ / /

1

NOTICE OF VOLUNTARY DISMISSAL OF DOCKET NOS. 19-21

4902-4974-6314,v.1

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT, DEFENDANT'S COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 9013-1(k) and applicable provisions of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, applicable in this adversary proceeding under Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Richard A. Marshack, solely in his capacity as Liquidating Trustee of the LPG Liquidation Trust ("Plaintiff"), hereby voluntarily dismisses without prejudice the *(1) Notice of Motion and Motion for Default Judgment Against Anna Roden and Request to Dismiss Doe Defendants; Memorandum of Points and Authorities; and Declarations of Richard A. Marshack and Tony Diab in Support Thereof ("Motion"); (2) Declaration of Tony Diab in Support of Motion*, and *(3) Notice of Unpublished Authorities in Support of Motion*, filed on January 12, 2026, as Docket Nos. 19-21.

This voluntary dismissal is submitted prior to any ruling on the Motion, prior to the filing of any response to the Motion, and is made in good faith. Plaintiff will concurrently file a Notice of Voluntary Dismissal of Adversary Proceeding.

DATED: January 23, 2025                    MARSHACK HAYS WOOD LLP


                                           By: */s/ Chad V. Haes*_____
                                               D. EDWARD HAYS
                                               CHAD V. HAES
                                               Attorneys for Richard A. Marshack,
                                               Plaintiff and Trustee of The LPG Liquidation Trust

2

NOTICE OF VOLUNTARY DISMISSAL OF DOCKET NOS. 19-21

4902-4974-6314,v.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF VOLUNTARY DISMISSAL OF DOCKET NOS. 19-21: (1) NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ANNA RODEN AND REQUEST TO DISMISS DOE DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF RICHARD A. MARSHACK AND TONY DIAB IN SUPPORT THEREOF; (2) DECLARATION OF TONY DIAB; AND (3) NOTICE OF UNPUBLISHED AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- ATTORNEYS FOR PLAINTIFF: Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- ATTORNEYS FOR PLAINTIFF: D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- INTERESTED PARTY: Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- PLAINTIFF: Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Defendant** | **Defendant** |
|---|---|
| Anna Roden | Anna Roden |
| 15650 Galaxie Ave, Apt 2206 | 900 Whitney Dr |
| Saint Paul, MN 55124 | Saint Paul, MN 55124-9135 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Personal Delivery**
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 23, 2026 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**